# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 18, 2016

Ms. Jennifer Sheffield Freel
U.S. Attorney's Office
Western District of Texas
816 Congress Avenue
Suite 1000
Austin, TX 78701

Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

    No. 16-50521   Sherman Fields

Dear Ms. Freel, and Mr. Gay,

In reference to the above, the Court request a response to the
motion for authorization to file a successive 2255 petition.
The response is due by noon on June 3, 2016.  There is no page
limitation on the response.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Monica R. Washington, Deputy Clerk
                         504-310-7705

cc:  Mr. Jeffrey E. Ellis
     Mr. Peter J. Isajiw

Case No. 16-50521


In re:  SHERMAN LAMONT FIELDS,

                Movant