# No. 16-50521

================================================================

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

_____

**In re Sherman Lamont Fields,**

*Movant.*

_____

### On Appeal from the United States District Court
### for the Western District of Texas

_____

### THE UNITED STATES'S UNOPPOSED MOTION TO WITHDRAW
### ITS MOTION TO STAY THE BRIEFING AND RESPONSE SCHEDULE

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE

FIFTH CIRCUIT:

Now comes the United States of America, by and through the United States

Attorney for the Western District of Texas, and respectfully moves this Court to

withdraw the United States's pending motion to stay the briefing and response

schedule. On May 18, 2016, Sherman Lamont Fields applied for leave to file a

successive motion under 28 U.S.C. § 2255, pursuant to 28 U.S.C. § 2244(b)(3). The

United States's response is currently due June 3, 2016. On May 24, 2016, the United

States filed a motion to stay the briefing and response schedule pending a decision in

*United States v. Gonzalez-Longoria*, No. 15-10670. Fields filed an opposition to that motion on May 25, 2016.

The undersigned has been working diligently on the issues raised in the instant case. In doing so, it is now apparent that the United States can file its response without consideration of *Gonzalez-Longoria*. This conclusion was reached after further review of authorities applicable to Fields's request, specifically *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *United States v. Welch*, 136 S. Ct. 1257, 1268 (2016), as well as authorities addressing successive § 2255 motions. Moreover, the United States acknowledges that the pending motion to stay required the Court to address the 30-day time period outlined in 28 U.S.C. § 2244(b)(3)(D). A withdrawal of the motion would allow the Court to bypass that issue.

FOR THESE REASONS, the United States respectfully requests to withdraw its pending motion to stay the briefing and response schedule, filed May 24, 2016. As such, it acknowledges that its response to Fields's application for leave to file a successive motion under 28 U.S.C. § 2255 is due June 3, 2016.

## CERTIFICATE OF CONFERENCE

Opposing counsel, Jeffrey Ellis, was contacted on May 28, 2016. The United States did not get a response, but given that Fields opposed the original motion to

stay, the United States infers that he would not be opposed to the motion to withdraw the request for the stay.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By: */s/ Jennifer S. Freel*
JENNIFER S. FREEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

By signing below, I hereby certify that on the 30th day of May, 2016, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be delivered to Jeffrey Ellis and Peter Isajiw, attorneys for the Movant, via electronic mail.

*/s/ Jennifer S. Freel*
JENNIFER S. FREEL
Assistant United States Attorney