# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-50521

_____

In re:  SHERMAN LAMONT FIELDS,

     Movant

_____

Motion for an order authorizing
the United States District Court for the
Western District of Texas, Waco to consider
a successive 28 U.S.C. § 2255 motion

_____

Before JONES, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Respondent's unopposed motion to withdraw the motion to stay further proceedings in this case is GRANTED.