# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-50521

_____

In re:  SHERMAN LAMONT FIELDS,

      Movant

_____

Motion for an order authorizing
the United States District Court for the
Western District of Texas, Waco to consider
a successive 28 U.S.C. §2255 motion

_____

O R D E R:

    IT IS ORDERED that Movant's unopposed motion for leave to file a reply to the response to motion for authorization to file successive §2255 petition is GRANTED.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT