# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 10, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-50521   In re: Sherman Fields

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Mr. Jeffrey E. Ellis
Ms. Jennifer Sheffield Freel
Mr. Joseph H. Gay Jr.
Mr. Peter J. Isajiw