# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel:  +1 212 556 2100
Fax:  +1 212 556 2222
www.kslaw.com

Peter Isajiw
Partner
Direct Dial:  +1 212 556 2235
pisajiw@kslaw.com

June 14, 2016

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana  70130-3408

    Re:   *In re Fields*, No. 16-50521

Dear Mr. Cayce:

By this letter, which should be filed in the above-captioned case under Federal Rule of Appellate Procedure 28(j) and Fifth Circuit Rule 28.4, movant Sherman Lamont Fields seeks to bring intervening decisions to the Court's attention.  Thank you for circulating copies to the panel.

Page 2 of Fields's reply noted that a majority of sister circuits have authorized successive § 2255 motions by prisoners seeking to challenge a conviction under 18 U.S.C. § 924(c) under *Johnson v. United States*, 135 S. Ct. 2551 (2015).  The Ninth Circuit has now adopted this majority view, and the Fourth Circuit has repeatedly adhered to it:

### Ninth Circuit

- *Wilson v. United States*, No. 15-73778

- *Berry v. United States*, No. 16-71332

### Fourth Circuit

- *In re Powell*, No. 16-398

- *In re Abed*, No. 16-205

- *In re Smith*, No. 16-388

- *In re Rice*, No. 16-591
- *In re Spence*, No. 16-653
- *In re Jones*, No. 16-583
- *In re Purvis*, No. 16-587
- *In re Bias*, No. 16-619
- *In re Youmans*, No. 16-633
- *In re Dolly*, No. 16-581
- *In re Martin*, No. 16-586
- *In re Holmes*, No. 16-566
- *In re Blanks*, No. 16-560
- *In re Hines*, No. 16-573
- *In re Johnson*, No. 16-572
- *In re Jones*, No. 16-567
- *In re Mitchell*, No. 16-582
- *In re Henley*, No. 16-602
- *In re Myers*, No. 16-600
- *In re Tyson*, No. 16-772
- *In re Brown*, No. 16-561
- *In re Dale*, No. 16-544
- *In re Legrand*, No. 16-737
- *In re Bell*, No. 16-559
- *In re Harris*, No. 16-621
- *In re Lazaro*, No. 16-596
- *In re Royal*, No. 16-629
- *In re Laloudakis*, No. 16-597
- *In re Royal*, No. 16-625
- *In re Edwards*, No. 16-828

Respectfully submitted,

PETER J. ISAJIW
KING & SPALDING LLP
(212) 556-2235
pisajiw@kslaw.com

JEFFREY ELLIS
OREGON CAPITAL RESOURCE CTR.
(206) 218-7076
jeffreyerwinellis@gmail.com

p.s.    This letter is being transmitted via the Court's CM/ECF Document Filing System, https://ecf.ca5.uscourts.gov; it has been scanned with the most recent version of McAfee VirusScan Enterprise and is free of viruses.  An electronic copy is being served on today's date, via the Court's CM/ECF Document Filing System, upon counsel for all parties.