# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 17, 2016

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 16-50521    In re: Sherman Fields

Dear Ms. Clack,

Enclosed is a certified copy of an opinion-order entered on June 17, 2016.  We have closed the case in this court.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Debbie T. Graham, Deputy Clerk

Enclosure(s)

cc:
    Mr. Jeffrey E. Ellis
    Ms. Jennifer Sheffield Freel
    Mr. Joseph H. Gay Jr.
    Mr. Peter J. Isajiw